Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

Attorneys for Plaintiff
RYAN SCHAVRIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAVRIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY and TIFFANY AND COMPANY U.S. SALES, LLC,<br><br>Defendants. | Case No.  2:25-cv-05611<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ryan Schavrien dismisses with prejudice this action against Defendants Tiffany and Company and Tiffany and Company U.S. Sales, LLC.  Defendants have not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

| | |
|---|---|
| Dated: October 16, 2025 | LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br><br>By: /s/ Todd M. Friedman<br>     Todd M. Friedman<br>     Adrian R. Bacon<br><br>Attorneys for Plaintiff |

2
PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)

## PROOF OF SERVICE

Filed electronically on October 16, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Central District of California

                                          /s/Todd M. Friedman
                                          Todd M. Friedman (216752)
                                          Attorney for Plaintiff